# UNITED STATES DISTRICT COURT
for the

District of Connecticut

| | |
|---|---|
| United States of America<br>v.<br><br>Christopher James Rascoll<br><br>*Defendant(s)* | )<br>)<br>) Case No.<br>)<br>)          3:20MJ_475___ (RMS)<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of   11/24/2019 to 5/28/2020   in the county of   Fairfield   in the

_____ District of   Connecticut  , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 875(c) | Threatening Communications |
| 42 U.S.C. § 3631(a) | Interference with the Right to Fair Housing |

This criminal complaint is based on these facts:

See attached Affidavit of Ron Offutt, Special Agent, Federal Bureau of Investigation (FBI).

☑ Continued on the attached sheet.

*Complainant's signature*

Ron Offutt, SA, FBI
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone (specify reliable electronic means).

Date:  05/29/2020

**Robert M. Spector**  Digitally signed by Robert M. Spector
Date: 2020.05.29 17:36:13 -04'00'

*Judge's signature*

City and state:   New Haven, Connecticut      Hon. Robert M. Spector, U.S. Magistrate Judge
*Printed name and title*